DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID F. PROSPERE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D22-4073

_____

February 28, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and Deana K. Marshall, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor Anne Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.